| | |
|---|---|
| H7016PTO (1/2023) | |
| Debtor(s):<br>Pancakes of Hawaii, Inc.<br>dba The Original Pancake House | Case No.:<br>23-00386 |
| Plaintiff(s)/Movant(s):<br>FPA Kapiolani Associates LLC | Adversary Proceeding No.:<br>23-90008 |
| Defendant(s)/Respondent(s):<br>Pancakes of Hawaii, Inc. | Trial/Hearing Date:<br>02/05/2025 at 9:30 AM |

# **PRETRIAL ORDER**

Counsel for Plaintiff(s):

Max Jiro Kimura, Matthew T. Evans, Na Lan, and Michael A. Yoshida (FPA Kapiolani Associates LLC)

Counsel for Defendant(s):

Chuck C. Choi, Allison A. Ito, and Keith M. Kiuchi (Pancakes of Hawaii, Inc.)

Trial in this matter is scheduled to start on the date noted above. Trial will be held in-person. Certain deadlines are approaching, including an exchange of exhibits and the filing of written direct testimony for the plaintiff's case, due 28 days before trial.

The parties are required to file a completed copy of the attached acknowledgement within **7 days** after issuance of this order to advise the court of their readiness to proceed. Failure to comply may result in an adverse ruling based on lack of prosecution or default.

Dated: December 16, 2024

ROBERT J. FARIS
United States Bankruptcy Judge

H7016P (1/2023)

Filer's Name, Address, Phone, email:

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII**

| | |
|---|---|
| Debtor(s): Pancakes of Hawaii, Inc. dba The Original Pancake House | Case No.: 23-00386 |
| Plaintiff(s)/Movant(s): FPA Kapiolani Associates LLC  (Use "et al." for multiple parties) | Adversary Proceeding No.: 23-90008 |
| Defendant(s)/Respondent(s): Pancakes of Hawaii, Inc.  (Use "et al." for multiple parties) | Trial/Hearing Date: 02/05/2025 at 9:30 AM |

**TRIAL READINESS FORM**

**1. Party represented**: _____

**2. Trial readiness** *[check one]*:

☐ I am prepared to proceed to trial as scheduled:

  ☐ I have the necessary audio/video equipment to present exhibits digitally.

  Estimated length of the trial: _____ Number of witnesses expected to testify: _____

☐ Special needs? Wheelchairs, Hearing/Vision Impairment? _____

☐ The matter is proceeding to settlement:

  ☐ A stipulated judgment or dismissal is anticipated to be filed by: _____

  ☐ A motion to approve a settlement will be filed by: _____

  Other: _____
  _____

**3. Consent to entry of final orders or judgment by the bankruptcy court**:

☐ I consent.

☐ I do not consent.

*(Regardless of consent or lack thereof, the bankruptcy court shall decide whether: (1) to hear and determine the proceeding, (2) to issue proposed findings of fact and conclusions of law, or (3) take some other action. Fed. R. Bankr. P. 7016(b).)*

Date: _____     /s/ _____