Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

| | |
|---|---|
| MICHAEL A. YOSHIDA | 2559-0 |
| may@hawaiilawyer.com | |
| MATTHEW T. EVANS | 9002-0 |
| mte@hawaiilawyer.com | |
| NA LAN | 9189-0 |
| nl@hawaiilawyer.com | |

1003 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
Telephone: (808) 531-8031
Facsimile: (808) 533-2242

Attorneys for Creditor/Plaintiff
FPA KAPIOLANI ASSOCIATES LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re: ) | **Case No. 23-00386** |
| PANCAKES OF HAWAII, INC., dba ) | (Chapter 11, Subchapter V) |
| THE ORIGINAL PANCAKE HOUSE, ) | |
|     Debtor and Debtor-in ) | **STIPULATION TO CONTINUE** |
|     possession. ) | **TRIAL AND PRETRIAL** |
| ) | **DEADLINES; ORDER** |
| ) | |
| ) | |
| ) | *[Caption continued on next page]* |
| _____ ) | |

| | |
|---|---|
| FPA KAPIOLANI ASSOCIATES LLC, <br><br>        Plaintiff, <br><br>  vs. <br><br>PANCAKES OF HAWAII, INC., a Hawaii Corporation; DOE DEFENDANTS 1-10; <br><br>        Defendants. | **Adv. Pro. No. 23-90008** <br><br><br><br><br>Judge: Hon. Robert J. Faris <br><br>Current trial date: February 5, 2025 |

## STIPULATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES

The parties to this Adversary Proceeding, Creditor/Plaintiff FPA KAPIOLANI ASSOCIATES LLC ("Plaintiff") and Debtor/Defendant PANCAKES OF HAWAII, INC. ("Debtor"), by and through their respective undersigned counsel, hereby stipulate and agree to continue the trial in this matter, along with any and all pretrial deadlines, for a period of no less than six (6) months.

The parties further stipulate and agree that good cause and extraordinary circumstances exist to support the stipulated continuance. Counsel for both parties agree that additional time would be prudent and in the best interests of both Debtor and Plaintiff, who have a mutual interest in resolving Plaintiff's claim in a manner that allows Debtor to continue to operate its remaining location and is consistent with Debtor's confirmed plan of reorganization. To that end, Debtor and Plaintiff remain in productive settlement

2

discussions at this time which may be derailed if the parties must instead imminently prepare for trial. As such, the parties respectfully request that trial in this matter be continued for a period of no less than six (6) months, with all related pretrial deadlines rescheduled accordingly in the normal course. The attorneys for both parties are available in August 2025 or later for a continued trial, subject to the Court's availability.

If this Stipulation is approved, the parties will promptly submit a proposed order stating the new trial date, as assigned by the Court, and any updated pretrial deadlines.

DATED: Honolulu, Hawaii, December 17, 2024.

DAMON KEY LEONG KUPCHAK HASTERT

 /s/ Matthew T. Evans
MICHAEL A. YOSHIDA
MATTHEW T. EVANS
NA LAN

Attorneys for Creditor/Plaintiff
FPA KAPIOLANI ASSOCIATES LLC

---

*FPA Kapiolani Associates LLC V. Pancakes of Hawaii, Inc.*; Adv. Pro. No. 23-90008; U.S. Bankruptcy Court, District of Hawaii; **STIPULATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES; ORDER**

CHOI & ITO

/s/ Chuck C. Choi
CHUCK C. CHOI
ALLISON A. ITO

/s/ Keith M. Kiuchi
KEITH M. KIUCHI

Attorneys for Debtor/Defendant
PANCAKES OF HAWAII, INC., dba
THE ORIGINAL PANCAKE HOUSE

---

*FPA Kapiolani Associates LLC V. Pancakes of Hawaii, Inc.*; Adv. Pro. No. 23-90008; U.S. Bankruptcy Court, District of Hawaii; **STIPULATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES; ORDER**

4

U.S. Bankruptcy Court - Hawaii   #23-90008   Dkt # 22   Filed  12/17/24   Page 4 of 4