# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| Debtor(s):<br>Pancakes of Hawaii, Inc.<br>dba The Original Pancake House | Case No.: 23-00386<br><br>Chapter: 11 |
| Plaintiff(s):<br>FPA Kapiolani Associates LLC<br><br>vs.<br><br>Defendant(s):<br>Pancakes of Hawaii, Inc. | Adversary Proceeding No.: 23-90008<br><br><br><br><br><br>Related ECF No.: 22 |

## ORDER APPROVING STIPULATION
## TO CONTINUE TRIAL AND AMENDING SCHEDULING ORDER

For good cause, the parties' stipulation to continue trial is APPROVED.

All provisions of the previously issued scheduling order remain in effect except for the following deadlines.

| | |
|---|---|
| Trial | October 14, 2025 at 9:30 AM |
| Discovery | May 19, 2025 |
| Plaintiff's Disclosure of Expert Testimony | February 18, 2025 |
| Defendant's Disclosure of Expert Testimony | April 21, 2025 |
| Discovery Motions | April 17, 2025 |
| Motions to Dismiss / Summary Judgment | May 19, 2025 |
| Other Non-Dispositive Motions | July 16, 2025 |

SO ORDERED

Dated: 12/18/2024

ROBERT J. FARIS
United States Bankruptcy Judge