
Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

| | |
|---|---|
| MICHAEL A. YOSHIDA | 2559-0 |

may@hawaiilawyer.com

| | |
|---|---|
| MATTHEW T. EVANS | 11301-0 |

mte@hawaiilawyer.com

| | |
|---|---|
| NA LAN | 11529-0 |

nl@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, HI 96813
www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile: (808) 533-2242

Attorneys for Creditor/Plaintiff
    FPA KAPIOLANI ASSOCIATES LLC

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| In re | ) | **Case No. 23-00386** |
| | ) | (Chapter 11, Subchapter V) |
| PANCAKES OF HAWAII, INC., | ) | |
| dba THE ORIGINAL PANCAKE HOUSE, | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| | ) | |
| Debtor and Debtor-in possession. | ) | *(Caption continued on next page)* |
| | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| FPA KAPIOLANI ASSOCIATES LLC | ) | Adv. Pro. No. 23-90008 |
| | ) | |
| Plaintiff, | ) | Judge: Hon. Robert J. Faris |
| vs. | ) | |
| | ) | No trial date set |
| PANCAKES OF HAWAII, INC., a Hawaii Corporation; DOE Defendants 1-10; | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LR 41.1, and subject to the provisions and conditions set forth in this stipulation, Plaintiff FPA KAPIOLANI ASSOCIATES LLC and Defendant PANCAKES OF HAWAII, INC. hereby stipulate to the voluntary dismissal with prejudice of all claims asserted in, and all parties to, the above-captioned Adversary Proceeding. Neither party seeks an award of fees and/or costs, and no claims will remain following the dismissal of this Adversary Proceeding. All parties who have appeared in this Adversary Proceeding have signed this Stipulation of Dismissal.

///

///

///

///

///

DATED: Honolulu, Hawaii, October 9, 2025.

        DAMON KEY LEONG KUPCHAK HASTERT

        /s/ Matthew T. Evans
        MICHAEL A. YOSHIDA
        MATTHEW T. EVANS
        NA LAN

        Attorneys for Plaintiff
          FPA KAPIOLANI ASSOCIATES LLC

DATED: Honolulu, Hawaii, October 9, 2025.

        CHOI & ITO

        /s/ Chuck C. Choi
        CHUCK C. CHOI
        ALLISON A. ITO


        /s/ Keith M. Kiuchi
        KEITH M. KIUCHI

        Attorneys for Defendant
          PANCAKES OF HAWAII, INC.

---

IN RE: **PANCAKES OF HAWAII, INC.**, dba **THE ORIGINAL PANCAKE HOUSE**, DEBTOR and DEBTOR-IN POSSESSION; Case No. 23-00386 (Chapter 11, Subchapter V); **FPA KAPIOLANI ASSOCIATES LLC v. PANCAKES OF HAWAII, INC.;** Adv. Pro. No. 23-90008; *STIPULATION OF DISMISSAL WITH PREJUDICE*